RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Dontavia Jones

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONTAVIA JONES,<br><br>　　　　　Defendant. | Case No. 2:25-cr-00162-GMN-NJK-1<br><br>**STIPULATION TO CONTINUE PLEA AND SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Dontavia Jones, that the Plea and Sentencing Hearing currently scheduled on July 16, 2025, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant has another matter scheduled for the same date and time as this matter but before a different judge and also needs additional time to prepare for the change of plea and sentencing hearing.

　　　　2.　　The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue plea and sentencing filed herein.

DATED this 7th day of July 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Justin J. Washburne*<br>By_____<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONTAVIA JONES,<br><br>　　　　Defendant. | Case No. 2:25-cr-00162-GMN-NJK-1<br><br>**ORDER** |

　　　Based on the stipulation and good cause appearing:

　　　IT IS ORDERED that the plea and sentencing hearing currently scheduled for Wednesday, July 16, 2025, at 10:00 a.m., be vacated and continued to August 19, 2025 at the hour of 2:00 p.m.

　　　DATED this  7  day of July 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3